```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr. 12-060 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | ) | |
| SERGEY SHCHIRSKY, et al., | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant Nazhmudin Rustamov, by and through his counsel, Clemente M. Jimenez, hereby stipulate as follows:

1.   By previous order, this matter was set for status on July 5, 2012.

2.   By this stipulation, defendant now moves to continue the status conference until August 9, 2012 and to exclude time between July 5, 2012 and August 9, 2012 under Local Code T4. Plaintiff does not oppose this request.

////

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The defendant made his initial appearance in this district on May 23, 2012.  On May 24, 2012, the government provided defense counsel with 1,574 pages of discovery consisting of investigative reports, loan and escrow files, bank records, and related documents.

    b.  Counsel for defendant has indicated that he needs additional time to review this material, consult with his client, and otherwise familiarize himself with the case.

    c.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.  The government does not object to the continuance.

    e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period from July 5, 2012 to August 9, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 3, 2012

/s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant United States Attorney

DATED: July 3, 2012

/s/ Clemente M. Jimenez
CLEMENTE M. JIMENEZ
Counsel for Defendant

O R D E R

IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3