FILED
August 9, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Case No. 2:12-cr-00060-MCE
         Plaintiff,                )
v.                                 )   ORDER FOR RELEASE OF
                                   )   PERSON IN CUSTODY
NAZHMUDIN RUSTAMOV                 )
                                   )
         Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Nazhmudin Rustamov , Case No. 2:12-cr-00060-MCE , Charge  18 USC § 1343; § 1956(a)(1)(B)(i) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

✔  Bail Posted in the Sum of $100,000.00

   ✔  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

✔  (Other)     Pretrial Release conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 9, 2012  at  2:16 p.m.

By _____
   Edmund F. Brennan
   United States Magistrate Judge