CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:   (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant
NASHMUDIN RUSTAMOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00060-TLN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| NASHMUDIN RUSTAMOV | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for May 4, 2017, at 9:30 a.m., is continued to May 18, 2017, at 9:30 a.m., in the same courtroom.  Probation has also been informed of the continuance request.  Heiko Coppola, Assistant United States Attorney, and Candice L. Fields, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

Dated: April 6, 2017            */s/ Candice L. Fields*
                                              CANDICE L. FIELDS
                                              Attorney for Defendant
                                              Nashmudin Rustamov

1    STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

Dated: April 6, 2017

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Candice L. Fields* for
HEIKO COPPOLA
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: April 7, 2017

Troy L. Nunley
United States District Judge