CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant
NASHMUDIN RUSTAMOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00060-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO EXONERATE BOND AND RELEASE PASSPORT** |
| NASHMUDIN RUSTAMOV | |
| Defendant. | |

Mr. Rustamov was sentenced by Judge Nunley on May 18, 2017, to a sentence of time served and 12 months of supervised release. Mr. Rustamov has fully complied with the terms of the appearance bond signed by him and co-signed by his friends Mr. Magomedov, Mr. Abdul Osmanov, and Mr. Ullabiey Osmanov, and filed on August 13, 2012. He hereby requests that the signature bond be exonerated.

Mr. Rustamov submitted his Russian passport and Homeland Security Travel Document to the Court on August 16, 2017, as well. He requests that these documents be released by the Court to his attorney Candice L. Fields, who will hold it for him until he is granted permission to travel or until he discharges his term of supervision. Attorney Candice L. Fields agrees to hold Mr. Rustamov's passport and Home Security Travel Document for

1   ORDER TO EXONERATE BOND AND RELEASE PASSPORT

him, and only provide them to him if the probation office grants him permission to travel or until he discharges his term of supervision.

Respectfully submitted,

Dated: May 30, 2017         /s/ Candice L. Fields
                            CANDICE L. FIELDS
                            Attorney for Defendant
                            Nashmudin Rustamov

## ORDER

Mr. Rustamov appeared as required in this case and was sentenced on May 18, 2017, to a term of time served and one year of supervised release. Accordingly, the Court hereby orders the Unsecured Appearance Bond posted on the Court's docket on August 13, 2012, docket number 36, EXONERATED.

The Court orders the Clerk's Office of the District Court, Eastern District of California, to release the passport and Homeland Security Travel Document, previously deposited in this case, to attorney Candice L. Fields, who will hold them on Mr. Rustamov's behalf until he is granted permission to travel by the Probation Office, or has discharged his term of supervised release.

Dated: June 20, 2017

_____
Troy L. Nunley
United States District Judge